IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEGWAY INC., DEKA PRODUCTS LIMITED PARTNERSHIP and NINEBOT (TIANJIN) TECHNOLOGY CO., LTD.,<br><br>      Plaintiff,<br><br>  v.<br><br>AIRWHEEL TECHNOLOGY HOLDING (USA) CO., LTD., METEM TEKNOLOJI SISTEMLERI SAN, CHANGZHOU AIRWHEEL TECHNOLOGY CO., LTD., and AIRWHEEL<br>      Defendants. | Civ. No. 16-cv-00534-SLR<br><br>JURY TRIAL DEMANDED |

## DEFENDANT CHANGZHOU AIRWHEEL TECHNOLOGY CO., LTD'S MOTION TO STAY

Pursuant to 28 U.S.C. § 1659(a), Defendant Changzhou Airwheel Technology Co., Ltd. hereby moves to stay the above-captioned action.  Plaintiffs Segway Inc., Deka Products Limited Partnership, and Ninebot (Tianjin) Technology Co., Ltd. ("collectively, Plaintiffs") and Defendants Metem Teknoloji Sistemleri San, Changzhou Airwheel Technology Co., Ltd., and Airwheel (collectively, "Defendants") in the above-captioned cases are also parties to a proceeding before the United States International Trade Commission (the "ITC") under section 337 of the Tariff Act of 1930 in the matter titled, Certain Personal Transporters, Components Thereof, and Packaging and Manuals Therefor, Investigation No. 337- TA-1021 (consolidated with Investigation No. 337- TA-1007).

The ITC issued a Notice of Institution of Investigation naming Plaintiffs as complainants and Defendants as respondents on September 15, 2016.  The Notice of Institution of Investigation was published in the Federal Register on September 21, 2016.  Defendant

-2-

Changzhou Airwheel Technology Co., Ltd. is therefore entitled to a mandatory stay in the above-captioned action under 28 U.S.C. § 1659(a) until the determination of the ITC becomes final.

By filing this motion Defendant Changzhou Airwheel Technology Co., Ltd. does not waive service or concede that personal jurisdiction is proper in this action.

Dated: October 14, 2016

          K&L GATES LLP
          */s/ Steven Caponi*
          Steven Caponi (DE 3484)
          K&L GATES LLP
          600 N King Street, Suite 901
          Wilmington, DE 19801
          lauren.garraux@klgates.com
          Telephone: 302-416-7000
          Facsimile: 302-416-7020

          *Attorneys for Defendant Changzhou Airwheel Technology Co., Ltd.*

          *Of Counsel:*

          Harold H. Davis, Jr.
          Rachel E. Burnim
          K&L GATES LLP
          Four Embarcadero Center, 12th Floor
          San Francisco, CA 94111
          Telephone: (415) 882-8200
          Facsimile: (415) 882-8220

          Jay C. Chiu
          K&L Gates LLP
          15 Queen's Road Central
          44th Floor, Edinburgh Tower
          Hong Kong
          jay.chiu@klgates.com
          Tel: +852-2230-3566
          Fax: +852-2511-9515

-3-

## STATEMENT PURSUANT TO RULE 7.1.1

Counsel for Defendant Changzhou Airwheel Technology Co., Ltd. hereby states that a reasonable effort has been made to reach agreement with the opposing party on the matters set forth in the motion. Counsel for Plaintiffs indicated that Plaintiffs do not take a position in support of or opposition to this motion.

Dated: October 14, 2016

                                       K&L GATES LLP

                                       */s/ Steven Caponi*
                                       Steven Caponi (DE 3484)