IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEGWAY INC., DEKA PRODUCTS LIMITED PARTNERSHIP and NINEBOT (TIANJIN) TECHNOLOGY CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CHANGZHOU AIRWHEEL TECHNOLOGY CO., LTD. <br><br> Defendant. | C.A. 16-534-SLR-SRF |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Segway Inc., DEKA Products Limited Partnership, and Ninebot (Tianjin) Technology Co., Ltd. hereby voluntarily dismiss this action.

Dated:    August 24, 2022

OFFIT KURMAN, P.A.

 /s/ Thomas H. Kramer
Thomas H. Kramer (#6171)
222 Delaware Avenue, #1105
Wilmington, DE 19801
tom.kramer@offitkurman.com
Tel: (302) 351-0908

*Attorneys for Plaintiffs Segway Inc., DEKA Products Limited Partnership and Ninebot (Tianjin) Technology Co. Ltd.*

OF COUNSEL:

Tony V. Pezzano
OFFIT KURMAN, P.A.
590 Madison Avenue, 6th Floor
New York, New York 10022
Tel: (929) 476-0045

Maureen K. Toohey
TOOHEY LAW GROUP LLC
340 Commercial Street
Manchester, NH 03101
Tel: (603) 206-0200

Ping Gu
ZHONG LUN LAW FIRM
36-37/F, SK Tower
6A Jianguomenwai Avenue
Chaoyang District
Beijing 100022
People's Republic of China
Tel: 86-10-5957-2288

SO ORDERED this 26th day of August, 2022

/s/ Richard G. Andrews
United States District Judge